09/04/2020

Nicole R. Painter

0.00
***NON-NEGOTIABLE***

****This is not a check. *****Advice of deposit only****

Nicole R. Painter
384 Eagle Tiff Drive
BUFORD GA 30518

Pay Period: 08/16/2020 - 08/29/2020
Happy Labor Day!

| Nicole R. Painter | PAY | Hours | Rate | Current | YTD | TAXES | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| 384 Eagle Tiff Drive | Salary | - | - | 2,310.00 | 41,580.00 | Federal Income Tax | 207.08 | 3,727.44 |
| BUFORD | | | | | | Social Security | 143.22 | 2,577.96 |
| GA, 30518 | | | | | | Medicare | 33.49 | 602.91 |
| | | | | | | GA Income Tax | 121.67 | 2,170.18 |

| | | | | | DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|
| Time 2 Paint, LLC, dba CertaPro of | | | | | | | |
| 3460 Summit Ridge Pkwy., Suite 602 | | | | | | | |
| Duluth GA, 30096 | OTHER PAY | | Current | YTD | | | |

| Pay Period | | | | | SUMMARY | Current | YTD |
|---|---|---|---|---|---|---|---|
| 08/16/2020 - 08/29/2020 | BENEFITS | | Used | Available | Total Pay | $2,310.00 | $41,580.00 |
| Pay Date | | | | | Taxes | $505.46 | $9,078.49 |
| 09/04/2020 | | | | | Deductions | $0.00 | $0.00 |
| MEMO: | | | | | NET PAY: | | $1,804.54 |
| Happy Labor Day! | | | | | Acct#....2733: | | $1,804.54 |

| Nicole R. Painter | PAY | Hours | Rate | Current | YTD | TAXES | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| 384 Eagle Tiff Drive | Salary | - | - | 2,310.00 | 41,580.00 | Federal Income Tax | 207.08 | 3,727.44 |
| BUFORD | | | | | | Social Security | 143.22 | 2,577.96 |
| GA, 30518 | | | | | | Medicare | 33.49 | 602.91 |
| | | | | | | GA Income Tax | 121.67 | 2,170.18 |

| | | | | | DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|
| Time 2 Paint, LLC, dba CertaPro of | | | | | | | |
| 3460 Summit Ridge Pkwy., Suite 602 | | | | | | | |
| Duluth GA, 30096 | OTHER PAY | | Current | YTD | | | |

| Pay Period | | | | | SUMMARY | Current | YTD |
|---|---|---|---|---|---|---|---|
| 08/16/2020 - 08/29/2020 | BENEFITS | | Used | Available | Total Pay | $2,310.00 | $41,580.00 |
| Pay Date | | | | | Taxes | $505.46 | $9,078.49 |
| 09/04/2020 | | | | | Deductions | $0.00 | $0.00 |
| MEMO: | | | | | NET PAY: | | $1,804.54 |
| Happy Labor Day! | | | | | Acct#....2733: | | $1,804.54 |

10/30/2020

Nicole R. Painter

0.00
***NON-NEGOTIABLE***

****This is not a check. *****Advice of deposit only****

Nicole R. Painter
384 Eagle Tiff Drive
BUFORD GA 30518

**EMPLOYER**
Time 2 Paint, LLC, dba CertaPro of Duluth & Norcro
3460 Summit Ridge Pkwy., Suite 602
Duluth GA 30096

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 10/11/2020 |
| Period Ending: | 10/24/2020 |
| Pay Date: | 10/30/2020 |

**EMPLOYEE**
Nicole R. Painter
384 Eagle Tiff Drive
BUFORD GA 30518

NET PAY: $1,804.54
Acct#....2733: $1,804.54

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 2,310.00 | 50,820.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 207.08 | 4,555.76 |
| Social Security | 143.22 | 3,150.84 |
| Medicare | 33.49 | 736.89 |
| GA Income Tax | 121.67 | 2,656.86 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $2,310.00 | $50,820.00 |
| Taxes | $505.46 | $11,100.35 |
| Deductions | $0.00 | $0.00 |

**Net Pay** $1,804.54

10/16/2020

Nicole R. Painter

0.00
***NON-NEGOTIABLE***

****This is not a check. *****Advice of deposit only****

Nicole R. Painter
384 Eagle Tiff Drive
BUFORD GA 30518

**EMPLOYER**
Time 2 Paint, LLC, dba CertaPro of Duluth & Norcro
3460 Summit Ridge Pkwy., Suite 602
Duluth GA 30096

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 09/27/2020 |
| Period Ending: | 10/10/2020 |
| Pay Date: | 10/16/2020 |

**EMPLOYEE**
Nicole R. Painter
384 Eagle Tiff Drive
BUFORD GA 30518

NET PAY: $1,804.53
Acct#....2733: $1,804.53

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 2,310.00 | 48,510.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 207.08 | 4,348.68 |
| Social Security | 143.22 | 3,007.62 |
| Medicare | 33.50 | 703.40 |
| GA Income Tax | 121.67 | 2,535.19 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $2,310.00 | $48,510.00 |
| Taxes | $505.47 | $10,594.89 |
| Deductions | $0.00 | $0.00 |
| **Net Pay** | **$1,804.53** | |