# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1

| | | |
|---|---|---|
| **Case No.:** 20-71598-WLH | | **Trustee Name:** (300320) S. Gregory Hays |
| **Case Name:** PAINTER, NICOLE RENEE | | **Date Filed (f) or Converted (c):** 11/10/2020 (f) |
| | | **§ 341(a) Meeting Date:** 12/17/2020 |
| **For Period Ending:** 06/30/2021 | | **Claims Bar Date:** 04/06/2021 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 384 Eagle Tiff Drive, Sugar Hil, GA, 30518, Gwinnett County | 195,000.00 | 29,471.00 | | 0.00 | 205,000.00 |
| 2 | 2016 Jeep Wangler<br>Notice of abandonment filed, Dkt # 11. | 20,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | 2012 Volkswagon EOS<br>Notice of abandonment filed, Dkt # 11. | 6,000.00 | 1,000.00 | OA | 0.00 | FA |
| 4 | 2006 Sea Doo | 1,100.00 | 1,100.00 | | 0.00 | 1,100.00 |
| 5 | 2006 Sea Doo | 1,100.00 | 1,100.00 | | 0.00 | 1,100.00 |
| 6 | All household goods and furniture | 200.00 | 0.00 | | 0.00 | FA |
| 7 | All Electronics | 800.00 | 0.00 | | 0.00 | FA |
| 8 | All clothing and shoes | 200.00 | 0.00 | | 0.00 | FA |
| 9 | Jewelry | 1,100.00 | 600.00 | | 0.00 | FA |
| 10 | 3 Dogs, 1 Cat<br>Notice of abandonment filed, Dkt # 11. | 50.00 | 0.00 | OA | 0.00 | FA |
| 11 | Deposits of money: Wells Fargo | 6,432.00 | 183.08 | | 0.00 | 6,383.08 |
| 12 | Deposits of money: First Citizen | 3,291.00 | 1,291.00 | | 0.00 | 3,291.00 |
| 13 | Deposits of money: Wells Fargo | 2,229.00 | 1,229.41 | | 0.00 | 2,229.41 |
| 14 | Ret. or Pension Acct.: 401k | 17,000.00 | 0.00 | | 0.00 | FA |
| 15 | Ret. or Pension Acct.: Charles Schwab | 613.00 | 0.00 | | 0.00 | FA |
| 16 | Fit Body Boot Camp Inc | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Tax Refunds - 2020 (u) | 2,393.19 | 2,393.19 | | 0.00 | 2,393.19 |
| **17** | **Assets       Totals**     (Excluding unknown values) | **$257,508.19** | **$38,367.68** | | **$0.00** | **$221,496.68** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| | |
|---|---|
| **Case No.:** 20-71598-WLH | **Trustee Name:** (300320) S. Gregory Hays |
| **Case Name:** PAINTER, NICOLE RENEE | **Date Filed (f) or Converted (c):** 11/10/2020 (f) |
| | **§ 341(a) Meeting Date:** 12/17/2020 |
| **For Period Ending:** 06/30/2021 | **Claims Bar Date:** 04/06/2021 |

**Major Activities Affecting Case Closing:**

6/30/2021 - Debtor and Trustee have reached a settlement whereby the Debtor pays Trustee a single payment of $35,000 for the equity in the (a) real property (b) Sea Doos (C) bank accounts, and (d) Tax Refunds.  Settlement agreement is being prepared.

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** 06/30/2022 | **Current Projected Date Of Final Report (TFR):** 06/30/2022 |

| | |
|---|---|
| 07/30/2021 | /s/S. Gregory Hays |
| Date | S. Gregory Hays |