UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 20-71598-WLH |
| | : | |
| NICOLE RENEE PAINTER, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

# CERTIFICATE OF SERVICE

This is to certify that I, Michael J. Bargar, am over the age of 18, and that on December 28, 2021, I caused to be served true and correct copies of the NOTICE OF *MOTION FOR ORDER AUTHORIZING SETTLEMENT WITH DEBTOR UNDER RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE*; DEADLINE TO OBJECT; AND FOR HEARING [Doc. No. 27] (the "**Notice**") by first class United States mail or electronic mail, as indicated, on the following persons or entities at the addresses stated:

Office of the U.S. Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive SW
Atlanta, GA  30303

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road NW
Atlanta, GA 30305-2153

Craig Zander Black
The Craig Black Law Firm, LLC
Suite 200
5555 Glenridge Connector NE
Atlanta, GA 30342

Nicole Renee Painter
384 Eagle Tiff Drive
Sugar Hill, GA 30518

This is to certify further that on December 28, 2021, I, Michael J. Bargar, caused to be served copies of the *Notice* by first class United States Mail, postage prepaid, on all of those entities set forth on Exhibit "A" at the addresses stated.

This 28th day of December, 2021.

                                                ARNALL GOLDEN GREGORY LLP
                                                *Attorneys for Trustee*

                                                By: */s/ Michael J. Bargar*
                                                     Michael J. Bargar

171 17th Street NW, Suite 2100            GA Bar No. 645709
Atlanta, Georgia 30363-1031              michael.bargar@agg.com
(404) 873-7030

17565073v1

**EXHIBIT "A" FOLLOWS**

17565073v1

```
Label Matrix for local noticing      Acs/Navient                           Amercian Express
113E-1                               501 Bleecker St                       POB 1270
Case 20-71598-wlh                    Utica, NY 13501-2401                  Newark, NJ 07101-1270
Northern District of Georgia
Atlanta
Tue Dec 28 11:13:49 EST 2021

American Express National Bank       Arnall Golden Gregory LLP             Bank of America
c/o Becket and Lee LLP               171 17th Street, N. W.                POB 15796
PO Box 3001                          Suite 2100                            Wilmington, DE 19886-5796
Malvern  PA 19355-0701               Atlanta, GA 30363-1031


Michael J. Bargar                    Craig Zander Black                    Chase Card
Arnall Golden Gregory, LLP           The Craig Black Law Firm, LLC         POB 13856
Suite 2100                           Suite 200                             Carol Stream, IL 60197
171 17th Street, N.W.                5555 Glenridge Connector NE
Atlanta, GA 30363-1031               Atlanta, GA 30342-4815

Chase Card                           Citi Bank                             Citibank, N.A.
POB 5294                             POB 9001037                           5800 S Corporate Pl
Carol Stream, IL 60197-5294          Louisville, KY 40290-1037             Sioux Falls, SD 57108-5027



Fit Body Boot Camp Inc               Flagstar Bank                         (p)GEORGIA DEPARTMENT OF REVENUE
5867 Pine Ave                        5151 Corporate Drive                  COMPLIANCE DIVISION
Chino Hills, CA 91709-6531           Troy, MI 48098-2639                   ARCS BANKRUPTCY
                                                                           1800 CENTURY BLVD NE SUITE 9100
                                                                           ATLANTA GA 30345-3202


Happy Money Inc                      Happy Money Inc, DBA Payoff           S. Gregory Hays
3200 Park Center Dr Ste              1700 Flight Way                       Hays Financial Consulting, LLC
Costa Mesa, CA 92626-7163            Tustin, CA 92782-1839                 Suite 555
                                                                           2964 Peachtree Road
                                                                           Atlanta, GA 30305-4909

Hays Financial Consulting, LLC       IRS                                   Navient
S. Gregory Hays                      Centralized Insolvency Operation 19101-7   123 S Justison St
2964 Peachtree Road NW               Post Office Box 7346                  Wilmington, DE 19801-5363
Suite 555                            Philadelphia, PA 19101-7346
Atlanta, Ga 30305-4909

Navient Solutions, LLC.              (p)OFFICE OF THE ATTORNEY GENERAL OF GEORGIA   Office of the United States Trustee
220 Lasley Ave                       BUSINESS AND FINANCE BANKRUPTCY       362 Richard Russell Building
Wilkes-Barre, PA 18706-1430          40 CAPITOL SQUARE SW                  75 Ted Turner Drive, SW
                                     ATLANTA GA 30334-9057                 Atlanta, GA 30303-3315


PRE Leasing Center                   Nicole Renee Painter                  (p)PAYOFF INC
c/o Pinnacle Lease and MGMT          384 Eagle Tiff Drive                  3200 PARK CENTER DR SUITE 800
Alpharetta, GA 30009                 Sugar Hill, GA 30518-7112             COSTA MESA CA 92626-1979



(p)PNC BANK RETAIL LENDING           SoFI Consumer Loan Program 2019-2     (p)SOFI LENDING CORP
P O BOX 94982                        SoFi Lending Corp                     ATTN LACEE HUNSAKER
CLEVELAND OH 44101-4982              2750 E Cottonwood Pkwy Suite 300      2750 EAST COTTONWOOD PKWY
                                     Salt Lake City, UT 84121-7285         SUITE 300
                                                                           SALT LAKE CITY UT 84121-7285
```

```
Special Assistant U.S. Attorney        UNITED STATES DEPARTMENT OF EDUCATION    (p)US BANK
401 W. Peachtree Street NW             CLAIMS FILING UNIT                        PO BOX 5229
Stop 1000-D, Suite 600                 PO BOX 8973                               CINCINNATI OH 45201-5229
Atlanta, GA 30308                      MADISON, WI 53708-8973


United States Attorney Office          Us Dept Of Ed/Glelsi
75 Ted Turner Drive SW                 Po Box 7860
Suite 600                              Madison, WI 53707-7860
Atlanta, GA 30303-3309
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
GADOR                                  Office of the Attorney General           Payoff
Georgia Department of Revenue Compliance   40 Capitol Square, SW                DEPT LA 24666
1800 Century Blvd NE, Suite 9100       Atlanta, GA 30334                        Pasadena, CA 91185
Atlanta, GA 30345-3202


Pncbank                                Sofi                                     (d)State of Georgia Revenue Commissioner
2730 Liberty Ave                       2750 E Cottonwood Pkwy                   1800 Century Boulevard
Pittsburgh, PA 15222                   Cottonwood Heights, UT 84121             Suite 15300
                                                                                Atlanta, GA 30345


United Community Bank
POB 790408
Saint Louis, MO 63179
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)LAKEVIEW LOAN SERVICING, LLC        End of Label Matrix
                                       Mailable recipients    34
                                       Bypassed recipients     1
                                       Total                  35
```