**IT IS ORDERED as set forth below:**



**Date: February 2, 2022**

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 20-71598-WLH |
| | : | |
| NICOLE RENEE PAINTER, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

### ORDER APPROVING SETTLEMENT AGREEMENT UNDER RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

On December 27, 2021, S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate (the "**Bankruptcy Estate**") of Nicole Renee Painter ("**Debtor**"), filed his *Motion for Order Authorizing Settlement with Debtor under Rule 9019 of the Federal Rules of Bankruptcy Procedure* [Doc. No. 26] (the "**Motion**"), seeking an order, among other things, approving a Settlement Agreement[1] pursuant to which, *inter alia*,[2] Trustee, on the one hand, and

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion.

[2] The following is a summary of the Settlement Agreement and is not intended to be comprehensive. To the extent that anything in this summary is contrary to the terms of the Settlement Agreement, the terms of the Settlement Agreement shall control.

17717753v1

Debtor, on the other hand, settle certain claims that the Bankruptcy Estate has regarding: (a) that certain real property with a common address of 384 Eagle Tiff Drive, Sugar Hill, Georgia 30518 (the "**Property**"); and (b) a tax refund with an approximate value of $2,500.00, two Sea Doos, and bank accounts with a non-exempt value of $2,752.00 (collectively, the "**Personal Property Interests**" and with the Property, the "**Property Interests**") for a payment of $35,000.00 (the "**$35,000.00 Settlement Funds**")[3] from Debtor in exchange for Trustee's abandoning the Property Interests to Debtor. The exact terms of the Settlement Agreement are set forth in Exhibit "A" to the Motion.

On December 28, 2021, Trustee filed *Notice of Motion for Order Authorizing Settlement with Debtor under Rule 9019 of the Federal Rules of Bankruptcy Procedure; Deadline to Object; and for Hearing* [Doc. No. 27] (the "**Notice**") regarding the Motion, in accordance with the Second Amended and Restated General Order No. 24-2018. Counsel for Trustee certifies that he served the Notice on all requisite parties in interest on December 28, 2021. [Doc. No. 28].

The Notice provided notice of the opportunity to object and for hearing pursuant to the procedures in the Second Amended and Restated General Order No. 24-2018. No objection to the Motion was filed prior to the objection deadline provided in the Notice.

The Court having considered the Motion and all other matters of record, including the lack of objection to the relief requested in the Motion, and, based on the forgoing, finding that no

---

[3] In the Motion, Trustee stated that Debtor has paid the $35,000.00 Settlement Funds to him.

further notice or hearing is necessary; and, the Court having found that good cause exists to grant the relief requested in the Motion, it is hereby

**ORDERED** that the Motion is **GRANTED**: the Settlement Agreement is approved and its terms are incorporated herein. It is further

**ORDERED** that Trustee and Debtor may take any other actions necessary to effectuate the terms of the Settlement Agreement. It is further

**ORDERED** that this Court retains jurisdiction to (i) interpret, implement, and enforce this Order, (ii) resolve any disputes regarding or concerning the Settlement Agreement, and (iii) enter such other and further orders as may be necessary, just, or proper as an aid to enforcement or implementation of this Order.

**[END OF DOCUMENT]**

**Order prepared and presented by**:

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363
Telephone: (404) 873-7030
Email: michael.bargar@agg.com

**Identification of entities to be served:**

Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

17717753v1

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Rd, NW, Suite 555
Atlanta, GA 30305

Craig Zander Black
The Craig Black Law Firm, LLC
Suite 200
5555 Glenridge Connector NE
Atlanta, GA 30342

Nicole Renee Painter
384 Eagle Tiff Drive
Sugar Hill, GA 30518

Michael J. Bargar
Arnall Golden Gregory LLP
171 17th Street, NW, Suite 2100
Atlanta, GA 30363

17717753v1